AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE     DISTRICT OF     PUERTO RICO

UNITED STATES OF AMERICA,                                **APPEARANCE**

v.                                                       CASE NUMBER: 97-245(PG)

ANGEL CHEVERE-GONZALEZ

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the United States of America. Additionally it is respectfully requested that electronic notification to Assistant U.S. Attorney Ernesto G. Lopez Soltero be terminated.


MAY 19, 2005                              /s/ Aramis G. Ríos
*Date*                                    *Signature*

                                        *ARAMIS G. RIOS, AUSA*
                                        *Print Name*

                                        *Suite 1201, Torre Chardon,*
                                        *350 Carlos Chardon Street*
                                        *Hato Rey, Puerto Rico 00918*
                                        *Address*

                                        *(787) 766-5656*
                                        Phone Number
                                        aramis.rios@usdoj.gov
                                        E-mail Address

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date MAY 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing.

 /s/ Aramis G. Ríos
ARAMIS G. RIOS, AUSA
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
Hato Rey, Puerto Rico 00918
(787) 766-5656
E-mail Address: aramis.rios@usdoj.gov