**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

RAUL RIVERA-PEREZ,

    Petitioner,

        v.

UNITED STATES OF AMERICA,

    Respondent.

CIVIL NO. 05-1687 (PG)
Cr. No. 97-00245 (PG)

### J U D G M E N T

Having this date denied petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence, the same is hereby **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, July 11, 2005.

                                        S/ JUAN M. PÉREZ-GIMÉNEZ
                                        JUAN M. PÉREZ-GIMÉNEZ
                                        UNITED STATES DISTRICT JUDGE