**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**RAUL RIVERA PEREZ**

    Petitioner,

        v.

**UNITED STATES OF AMERICA**

    Respondent.

Civ. No. 04-1577(PG)
(Re: Crim No. 97-245(PG))

### JUDGMENT

WHEREFORE, having denied Petitioner's Motion to Vacate Sentence pursuant to 28 U.S.C. §2255, it is hereby **ORDERED AND ADJUDGED** that this case be **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

In San Juan, Puerto Rico, August 27, 2007.

                                      S/JUAN M. PEREZ-GIMENEZ
                                      U. S. DISTRICT JUDGE